**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JUDY L. TUDOR,**

    **Plaintiff,**

  **vs.**                                **Civil Action 2:09-CV-710
Judge Smith
Magistrate Judge King**

**COMMISSIONER OF SOCIAL
SECURITY,**

    **Defendant.**

## ORDER

On July 12, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner of Social Security be affirmed and that this action be dismissed. *Report and Recommendation*, Doc. No. 14. Although the parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so, *id.*, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is **ADOPTED and AFFIRMED**. The decision of the Commissioner of Social Security is **AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

                                          *s/George C. Smith*
                                          **George C. Smith, Judge
United States District Court**